**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DOUGLAS ARTHUR STRONG,

Defendant - Appellant.

---

No. 12-50316

D.C. No. 3:07-cr-01989-DMS

MEMORANDUM[*]

---

Appeal from the United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Submitted November 19, 2013[**]

Before:    CANBY, TROTT, and THOMAS, Circuit Judges.

Douglas Arthur Strong appeals from the revocation of supervised release

and the 12-month sentence imposed upon revocation.  Because Strong has fully

served his custodial sentence and is not subject to a term of supervised released, we

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

dismiss this appeal as moot. *See Spencer v. Kemna*, 523 U.S. 1, 14 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

**DISMISSED.**